IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BERNARD MILLER, # 176931, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:16-CV-282-WKW |
| | ) |
| DAVE SUTTON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On June 14, 2016, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. # 13.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation of the Magistrate Judge (Doc. # 13) is ADOPTED. It is further ORDERED that this case is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

A separate final judgment will be entered.

DONE this 7th day of July, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE